PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JAKI WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKI WALKER, <br><br> Plaintiff, <br><br> v. <br><br> PARSONS BRINCKERHOFF, INC., ANTHONY DANIELS, IN HIS INDIVIDUAL CAPACITY, PAUL MORRIS, IN HIS INDIVIDUAL CAPACITY, AND DOES 1 THROUGH 10, <br><br> Defendants. | NO. C06-6147 MHP <br><br> **REQUEST FOR ENTRY OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff JAKI WALKER hereby requests that the entire action against all parties be dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: February 8, 2007                                    PRICE AND ASSOCIATES


                                                                                  /s/
                                                                     PAMELA Y. PRICE, Attorneys for Plaintiff
                                                                     JAKI WALKER

Dated: 2/9/07

IT IS SO ORDERED
Judge Marilyn H. Patel

REQUEST FOR DISMISSAL

1148P204PYP